# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2842
LT Case No. 2022-DR-001145-FM

_____

SHANNA LAWSON,

Appellant,

v.

DONNELL Q. LAWSON,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
James E. Kallaher, Judge.

Shanna L. Lawson, Jacksonville, pro se.

No Appearance for Appellee.

May 14, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____